## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD JAMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:22-cv-04054** |
| | ) | |
| **v.** | ) | **Judge Harry D. Leinenweber** |
| | ) | |
| **P.O. DM BURGOS #16762 and P.O.  A** | ) | **Magistrate Judge** |
| **MARTINEZ #5124, Individually, and** | ) | |
| **the CITY OF CHICAGO, a Municipal** | ) | **JURY DEMAND** |
| **Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### FIRST AMENDED COMPLAINT AT LAW

**NOW COMES** the Plaintiff, RICHARD JAMES by and through his attorneys, Gregory E.
Kulis & Associates, Ltd., and in support of their Complaint against the Defendants P.O. DM
BURGOS #16762 and P.O.  A MARTINEZ #5124, Individually, and the CITY OF CHICAGO, a
Municipal Corporation, state as follows:

### COUNT I – FALSE ARREST/SEIZURE

1.      This action is brought pursuant to the laws of the United States Constitution,
specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress
deprivations of the Civil Rights of the Plaintiff, RICHARD JAMES accomplished by acts and/or
omissions of the Defendants, P.O. DM BURGOS #16762 and P.O. A MARTINEZ #5124,
Individually, and the CITY OF CHICAGO, a Municipal Corporation, committed under color of
law.

2.      This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter
involves issues of federal law and supplemental jurisdiction.

3.      The Plaintiff, RICHARD JAMES, is a resident of the State of Illinois.

4.      The Defendants, P.O. DM BURGOS #16762 and P.O. A MARTINEZ #5124, individually, were at all times relevant to the allegations of the Complaint, duly appointed police officers of the Chicago Police Department and were acting within their scope of employment and under color of law.

5.      On or about September 2, 2020, there was a commotion on or about the 7800 block of South Carpenter St.

6.      The Plaintiff was not committing a crime or breaking any laws.

7.      Numerous police officers were on the scene.

8.      A police officer told several of the individuals to disburse and go in the house.

9.      An individual started to mouth off to the police and disregarded the police's order.

10.      The Plaintiff, however, did not challenge the police but started to comply.

11.      The Defendants, P.O. DM BURGOS #16762 and P.O. A MARTINEZ #5124 grabbed the plaintiff placing him under arrest.

12.      The Defendant seized the plaintiff and arrested him despite the fact he was not committing a crime.

13.      There were no facts to support any probable cause that Plaintiff was committing any crime of disorderly conduct.

14.      The Plaintiff did not resist.

15.      The Defendants' actions constituted an unlawful seizure and arrest.

16.      The actions of the Defendants were intentional, willful, and wanton.

17.      As a result of the Defendants' actions, the Plaintiff was wrongfully arrested and charged.

18.    The actions of the Defendants constituted a violation of the Plaintiff RICHARD JAMES's Fourth Amendment rights as protected by 42 U.S.C. § 1983.

19.    As a result of the actions of the Defendants, the Plaintiff, RICHARD JAMES suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

**WHEREFORE**, the Plaintiff, RICHARD JAMES prays for judgment in his favor and against the Defendants P.O. DM BURGOS #16762 and P.O. A MARTINEZ #5124, individually, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

## COUNT II – MALICIOUS PROSECUTION

1-19.    The Plaintiff hereby realleges and incorporates his allegations of paragraphs 3-21 of Count I as his respective allegations of paragraphs 1-19 of Count II as though fully set forth herein.

20.    The Defendants proceeded with the prosecution of the plaintiff for many months knowing the charges were false.

21.    The plaintiff retained counsel to defend these unlawful charges.

22.    The charges against the plaintiff were resolved in his favor.

23.    The actions of the Defendants were intentional, willful, and wanton.

24.    As a result of the actions of the Defendants, P.O. DM BURGOS #16762 and P.O. A MARTINEZ #5124, the Plaintiff, RICHARD JAMES suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

**WHEREFORE**, the Plaintiff, RICHARD JAMES prays for judgment in his favor and against the Defendants, P.O. DM BURGOS #16762 and P.O.  A MARTINEZ #5124, individually, in an amount of fair and reasonable compensatory damages, punitive damages, and costs.

3

## COUNT III – CITY OF CHICAGO, INDEMNIFICATION

1-24.   Plaintiff hereby re-allege and incorporate their allegations of paragraphs 1-24 of Counts I & II as his respective allegations of paragraph 1-24 of Count III as though fully set forth herein.

25.   Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

21.   Defendants, P.O. DM BURGOS #16762 and P.O.  A MARTINEZ #5124, are or were employees of the CITY OF CHICAGO and acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should Defendants, P.O. DM BURGOS #16762 and P.O.  A MARTINEZ #5124 be found liable for the acts alleged above, the Defendant CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendants.

**WHEREFORE**, the Plaintiff, RICHARD JAMES prays for judgment against the Defendant CITY OF CHICAGO for reasonable compensatory damages plus attorney's fees and costs.

## JURY DEMAND

The Plaintiff, RICHARD JAMES hereby request a trial by jury.

Respectfully submitted,
RICHARD JAMES

By:   */s/ Gregory E. Kulis*
One of Plaintiff' Attorneys

Gregory E. Kulis (#6180966)
GREGORY E. KULIS & ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140

4

Chicago, Illinois 60602
p. (312) 580-1830 / f. (312) 580-1839
gkulis@kulislawltd.com
service@kulislawltd.com